CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Prescott Division)
# CRIMINAL DOCKET FOR CASE #: 3:26-mj-04310-CDB-1

Case title: USA v. MacDonald

Date Filed: 09/21/2026

Other court case number: 3:26-mj-1414-PDB Middle District of Florida

Date Terminated: 09/21/2026

---

Assigned to: Magistrate Judge Camille D Bibles

**Defendant (1)**

**Duncan Fraser MacDonald**
*TERMINATED: 09/21/2026*

represented by **Luke Stephen Mulligan**
Federal Public Defenders Office
123 N San Francisco St., Ste. 204
Flagstaff, AZ 86001
928-213-1942
Fax: 928-213-1946
Email: luke_mulligan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:875(c) - Interstate Transmission of a Threat to Injure the Person of Another | |

---

**Plaintiff**

**USA** represented by **Dimitra Hotis Sampson**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7350
Email: dimitra.sampson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2026 | 1 | *Arrest (Rule 5 - Middle District of Florida Warrant) as to Duncan Fraser MacDonald (1). (SYV) *Modified to correct event; modified file date from 9/21/2026 to 9/20/2026 on 9/21/2026 (CEI). (Additional attachment(s) added on 9/21/2026: # 1 Rule 5 Warrant) (MCB). (Entered: 09/21/2026) |
| 09/20/2026 | | Document was filed incorrectly. All docket text associated with the entry has been removed on 9/21/2026 (CEI) (Entered: 09/21/2026) |
| 09/21/2026 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Camille D Bibles: Initial Appearance in Rule 5(c)(3) Proceedings as to Duncan Fraser MacDonald held on 9/21/2026. DEFENDANT SWORN AS TO FINANCIAL STATUS. AFPD Luke Stephen Mulligan is appointed. Identity Hearing waived. The Court finds that defendant is the individual named in the Arrest Warrant and Complaint. Defendant reserves his right to Detention and Preliminary Hearings for the charging district. Order of Commitment to issue.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Dimitria Sampson for the Government, AFPD Luke Mulligan for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 11:01 AM to 11:08 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SYV) (Entered: 09/21/2026) |
| 09/21/2026 | 3 | WAIVER of Rule 5(c)(3) Hearing by Duncan Fraser MacDonald. (SYV) (Entered: 09/21/2026) |
| 09/21/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Duncan Fraser MacDonald. Defendant committed to District of Middle District of Florida. Signed by Magistrate Judge Camille D Bibles on 9/21/2026. (SYV) (Entered: 09/21/2026) |
| 09/21/2026 | 5 | Notice to Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Duncan Fraser MacDonald. Your case number is: 3:24-mj-1414-PDB. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your* |

| | | |
|---|---|---|
| | | *request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (SYV) (Entered: 09/21/2026) |